# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDOULAHAD VALIDI,<br><br>                    Plaintiff,<br><br>    v.<br><br>MADELINE T. KRISTOFF, San Diego Field Office Director, U.S. Citizenship and Immigration Services, et al.,<br><br>                    Defendants. | Case No. 21cv0094 DMS BGS<br><br>ORDER ON JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING<br><br>[Doc. No. 4] |

Having considered the parties' Joint Motion to Extend Time for Filing of Responsive Pleading [Doc. No. 4], and finding the joint motion meritorious, the Court **GRANTS** the motion and **ORDERS** that Defendants shall file their answer or responsive pleading on or before June 21, 2021.

It is **SO ORDERED.**

Dated: March 18, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court