UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ABDOULAHAD VALIDI, | ) | Case No. 21cv0094 DMS BGS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER ON JOINT MOTION TO DISMISS |
| MADELINE T. KRISTOFF, San Diego Field Office Director, U.S. Citizenship and Immigration Services, et al., | ) ) ) | |
| Defendants. | ) | |

Having considered the parties' Joint Motion to Dismiss and finding the joint motion meritorious, the Court **GRANTS** the motion and **ORDERS** under Federal Rule of Civil Procedure 41(a)(1) that the complaint is **DISMISSED** without prejudice.

It is **SO ORDERED.**

Dated: November 30, 2021

Hon. Dana M. Sabraw
United States District Judge